UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) CRIM. NO. 1:25-cr-00112
)
)
v. )
)
)
MARCO LABOY-TORRES, ) (JUDGE Wilson )
ROBERT NELSON, and, )
LUIS VALENTIN-HERNANDEZ, )
Defendants. ) 

FILED
HARRISBURG, PA

APR 16 2025

PER _____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute Controlled Substance)

Beginning in or about February 2021 and continuing to in or about April 2024, in York County, within the Middle District of Pennsylvania, the District of Puerto Rico, and elsewhere, the defendants,

**MARCO LABOY-TORRES, and
LUIS VALENTIN-HERNANDEZ,**

knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to

1

distribute a mixture and substance containing cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The quantity of cocaine involved in the conspiracy that is attributable to Defendant MARCO LABOY-TORRES, as a result of his conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is five kilograms and more of a mixture and substance containing cocaine, its salts, optical or geometric isomers, or salts of isomers. As a result of these drug amounts, Defendant MARCO LABOY-TORRES is subject to increased punishments under Title 21, United States Code, Section 841(b)(1)(A)(i).

In violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
Firearms Trafficking
18 U.S.C. §933(a)(1)

On or about January 2024, and continuing through on or about February 16, 2024, in the Middle District of Pennsylvania and elsewhere, the defendants,

**MARCO LABOY-TORRES and
ROBERT NELSON,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: AR-15 rifles having a barrel of less than sixteen inches in length, possessed and received in violation of chapter 53 of Title 26, United States Code, Sections 5841, 5861(c), and 5871, to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Section 933(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about January 11, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

THE GRAND JURY FURTHER CHARGES:

COUNT 4
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about January 17, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about January 23, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

COUNT 6
26 U.S.C. § 5861(d)
(Receipt or Possession of Unregistered Firearm)

On or about January 23, 2024, within the Middle District of Pennsylvania, the defendant,

MARCO LABOY-TORRES,

did knowingly receive and possess a firearm, that is, one AR-15 rifle, having a barrel of less than sixteen inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 7</u>
18 U.S.C. § 924(c)
(Carrying and Using a Short-Barreled Firearm
During and in Relation to Drug Trafficking)

On or about January 23, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly carry and use a firearm, that is, one AR-15 rifle, having a barrel of less than sixteen inches in length, made in violation of chapter 53 of Title 26, United States Code, Sections 5822, 5861(c), and 5871, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 5.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about February 7, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 9
26 U.S.C. § 5861(d)
(Receipt or Possession of Unregistered Firearm)

On or about February 7, 2024, within the Middle District of Pennsylvania, the defendants,

**MARCO LABOY-TORRES, and
ROBERT NELSON,**

did knowingly receive and possess a firearm, that is, one AR-15 rifle, having a barrel of less than sixteen inches in length, not registered to

him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.

THE GRAND JURY FURTHER CHARGES:

### COUNT 10
18 U.S.C. § 924(c)
(Carrying and Using a Short-Barreled Firearm
During and in Relation to Drug Trafficking)

On or about February 7, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly carry and use a firearm, that is, one AR-15 rifle, having a barrel of less than sixteen inches in length, made in violation of chapter 53 of Title 26, United States Code, Sections 5822, 5861(c), and 5871, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 5.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 11
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about February 14, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**MARCO LABOY-TORRES,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 12
26 U.S.C. § 5861(d)
(Receipt or Possession of Unregistered Firearm)

On or about February 16, 2024, within the Middle District of Pennsylvania, the defendants,

**MARCO LABOY-TORRES and
ROBERT NELSON,**

did knowingly receive and possess a firearm, that is, one AR-15 rifle, having a barrel of less than sixteen inches in length, not registered to

him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 13</u>
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about March 18, 2024, in York County within the Middle District of Pennsylvania, the defendants,

**MARCO LABOY-TORRES** and
**LUIS VALENTIN-HERNANDEZ,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 14
21 U.S.C. § 841(a)
(Distribution of a Controlled Substance)

On or about April 8, 2024, in York County within the Middle District of Pennsylvania, the defendant,

**LUIS VALENTIN-HERNANDEZ,**

did knowingly and intentionally distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

MICHAEL A. CONSIGLIO
Assistant United States Attorney

4/16/2025

Date

13